UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONARD CARTER,

           Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

Case No. C14-158 TSZ-BAT

**ORDER REVERSING THE COMMISSIONER AND REMANDING FOR FURTHER PROCEEDINGS**

The Court has considered the Report and Recommendation of the Magistrate Judge, the parties' pleadings and the record and ORDERS:

    (1)    The Report and Recommendation is Adopted.

    (2)    The Commissioner's final decision is REVERSED and the case is REMANDED for further administrative proceedings under sentence 4 of 42 U.S.C. § 405(g).

DATED this 30th day of August, 2014.

THOMAS S. ZILLY
United States District Judge