UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONARD CARTER,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

C14-158 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On March 28, 2017, this Court directed the parties to submit supplemental briefing addressing the issue of whether the fees claimed by plaintiff's counsel are reasonable. Minute Order, docket no. 37. In his response to the supplemental brief submitted by the Commissioner, plaintiff requests additional fees incurred in preparing the briefing submitted to the Ninth Circuit on appeal and in preparing his response to the Commissioner's supplemental brief. The Court treats plaintiff's request as a supplemental motion for attorney's fees, and NOTES the motion for Friday, May 5, 2017. Any response by the Commissioner shall be filed on or before Monday, May 1, 2017. Plaintiff's reply, if any, shall be due on or before the noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of April, 2017.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1